Same case below, 645 F.3d 1197.

**No. 10-11105. Leobardo Vasquez Ruiz, Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 6676.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 588.

**No. 10-11106. Rae Lamar Wiggins, Petitioner v. Butch Jackson, Administrator, Nash Correctional Institution.**

565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 6706.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 635 F.3d 116.

**No. 10-11107. Ronald Wayne Moore, Petitioner v. California.**

565 U.S. 867, 132 S. Ct. 215, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 7003.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 386, 121 Cal. Rptr. 3d 280, 247 P.3d 515.

**No. 10-11108. Donald Sanders, Petitioner v. California.**

565 U.S. 867, 132 S. Ct. 215, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 6738.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 189 Cal. App. 4th 543, 117 Cal. Rptr. 3d 140.

**No. 10-11109. Nathan Smith, Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 215, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 7135.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 911.

**No. 10-11110. Luis Soto-Guevara, Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 215, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 6708.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 592.